

**Mason Tenders District**

OF GREATER NEW YORK & LONG ISLAND

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2019

Haluk Savci

ASSOCIATE GENERAL COUNSEL

hsavci@masontenders.org

February 21, 2019

**By ECF**
The Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Trustees et al. v. Khan Enterprise Construction, Inc. (19-CV-01146-AT)*

Dear Judge Torres:

      I write on behalf of Petitioners in the above-captioned matter, which is one to confirm and enforce a February 7, 2018 arbitration award against Respondent Khan Enterprise Construction, Inc.

      As of February 21, 2019 (the deadline for effectuating service as set forth in the Court's February 7, 2019 scheduling Order) Petitioners have made two unsuccessful attempts through a Process Server to serve Respondent at their last known address. Petitioners have requested that the Process Server serve the case on Respondent through New York Department of State.

      Accordingly, Petitioners respectfully request an extension of the Court's deadline to file their Affidavit of Service in this case.

Respectfully submitted,

Haluk Savci, Esq.

GRANTED. By **March 7, 2019**, Petitioners shall file their Affidavit of Service.

SO ORDERED.

Dated: February 21, 2019
New York, New York

ANALISA TORRES
United States District Judge